NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SILVERIO BARELA,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7022

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 07-3693, Judge William A. Moorman.

---

## ON MOTION

---

## ORDER

Silverio Barela moves for a 16-day extension of time, until July 30, 2011, to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

For The Court

<u>JUL 1 9 2011</u>
Date

<u>/s/ Jan Horbaly</u>
Jan Horbaly
Clerk

cc: David Greer, Esq.
     J. Hunter Bennett, Esq.

s21

FILED
**U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT**

JUL 1 9 2011

JAN HORBALY
CLERK